RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6585 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DONALD S. MACLACHLAN, | : |
| MACLACHLAN LAW OFFICES, LLC | : |
| MARIE NAPOLIELLO MACLACHLAN, | : |
| OCWEN LOAN SERVICING LLC, | : |
| NEW JERSEY DIVISION OF TAXATION, | : |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP | : |
| | : |
| Defendants. | : |

## COMPLAINT

The Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of

the Treasury, authorized and requested this action, at the direction of the Attorney

General of the United States under the authority of 26 U.S.C. §§7401 and 7403.  The

United States complains as follows:

1. This is a civil action in which the United States seeks to reduce to judgment federal income tax assessments made against the defendant Donald S. Maclachlan and employment tax assessments attributable to his limited liability corporation, Maclachlan Law Offices and to foreclose on the federal tax liens against real property located at 72 Cedar Drive, Allendale, New Jersey ("Real Property").

## JURISDICTION AND VENUE

2. Jurisdiction is conferred on this court pursuant to 28 U.S.C. §§ 1340 and 1345, and I.R.C. §§ 7402 and 7403.

3. Venue is proper in this district under 28 U.S.C. § 1396.

## PARTIES

4. Plaintiff is the United States of America.

5. Defendant Donald S. Maclachlan  ("Maclachlan") resides in Allendale, New Jersey, within this judicial district.

6. Defendant Maclachlan Law Offices, LLC is a limited liability whose principal office is in Upper Saddle River, New Jersey, within this judicial district..

7. Defendant Marie Napoliello Maclachlan is named as a party pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Real Property.

8. Defendant Ocwen Loan Servicing LLC is named as a party pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Real Property.

9. Defendant New Jersey Division of Taxation is named as a party pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Real Property.

10. Defendant Riker, Danzig, Scherer, Hyland & Perretti LLP is named as a party

pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Real

Property.

**COUNT I-REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST
DONALD S. MACLACHLAN**

11. The United States incorporates by reference the allegations set forth in

paragraphs 1 through 10 of the complaint.

12. A delegate of the Secretary of the Treasury made the following federal

income tax assessments against Maclachlan:

| Tax Type | Taxable Period | Assessment Date | Amount of Tax Assessed | Total Due As of November 6, 2017 |
|---|---|---|---|---|
| 1040 | 2001 | 02/05/2007 | $172,206 | $506,350 |
| 1040 | 2002 | 03/26/2007 | $62,246 | $174,855 |
| 1040 | 2003 | 07/16/2007 | $14,940 | $39,812 |
| 1040 | 2004 | 06/11/2007 | $15,091 | $37,645 |
| 1040 | 2005 | 10/08/2007 | $11,661 | $28,025 |
| 1040 | 2006 | 01/07/2008 | $62,396 | $119,539 |
| 1040 | 2007 | 02/09/2009 | $74,253 | $154,763 |
| 1040 | 2012 | 03/10/2014 | $8,742 | $14,300 |

13. Notice and demand for payment of the assessments described in paragraph

12 was given to Maclachlan.

14. Statutory additions for interest and penalties have accrued and will continue

to accrue on the assessments described in paragraph 12.

15. Maclachlan has failed to pay the United States the full amount owed as a

result of the assessments described in paragraph 12.

3

16. By reason of the foregoing, Maclachlan is indebted to the United States in the amount of $1,075,469, as of November 6, 2017, plus interest and costs that have accrued and will continue accruing according to law.

**COUNT II –JUDGMENT AGAINST DONALD S. MACLACHLAN FOR EMPLOYMENT TAX LIABILITIES OF MACLACHLAN LAW OFFICES, LLC**

17. The allegations set forth in paragraphs 1 through 16 above are re-alleged and incorporated by reference as though fully set forth herein.

18. Maclachlan was the single member of Maclachlan Law Offices, LLC, a disregarded entity. As the single member, Maclachlan is personally liable for the employment taxes due by Maclachlan Law Offices for all periods prior to January 1, 2009.

19. A delegate of the Secretary of the Treasury properly and timely assessed federal taxes against Maclachlan Law Offices, LLC on the following dates for the tax periods included below:

| Tax Type | Tax Period Ending | Assessment Date | Amount of Tax Assessment | Total Due as of November 6, 2017 |
| --- | --- | --- | --- | --- |
| W/T-FICA (Form 941) | 03/31/2002 | 07/08/2002 | $45,623 | $49,549 |
| W/T-FICA (Form 941) | 06/30/2002 | 10/07/2002 | $31,530 | $36,532 |
| W/T-FICA (Form 941) | 09/30/2002 | 01/06/2003 | $22,755 | $21,039 |
| W/T-FICA (Form 941) | 12/31/2002 | 04/07/2003 | $29,742 | $34,154 |

| Tax Type | Tax Period Ending | Assessment Date | Amount of Tax Assessment | Total Due as of November 6, 2017 |
|---|---|---|---|---|
| | | | | |
| W/T-FICA (Form 941) | 03/31/2003 | 06/30/2003 | $24,230 | $29,595 |
| W/T-FICA (Form 941) | 06/30/2003 | 09/29/2003 | $28,400 | $36,721 |
| W/T-FICA (Form 941) | 09/30/2003 | 05/24/2004 | $22,057 | $38,338 |
| W/T-FICA (Form 941) | 12/31/2003 | 03/15/2004 | $11,556 | $14,347 |
| W/T-FICA (Form 941) | 12/31/2004 | 10/09/2006 | $14,759 | $22,835 |
| W/T-FICA (Form 941) | 03/31/2005 | 09/11/2006 | $16,349 | $20,454 |
| W/T-FICA (Form 941) | 06/30/2005 | 09/11/2006 | $19,595 | $27,234 |
| W/T-FICA (Form 941) | 09/30/2005 | 11/20/2006 | $18,539 | $16,894 |
| W/T-FICA (Form 941) | 12/31/2006 | 06/11/2007 | $17,347 | $8,133 |

20. Notice and demand for payment of the tax assessments described in paragraph

19 above was given to Maclachlan Law Offices, LLC, but it has failed to fully pay

the assessed federal employment tax liabilities.

21. Statutory interest and additions to tax have accrued on the unpaid balance of the assessments set forth in paragraph 19 above, and will continue to accrue until fully paid.

22. Despite notice and demand for the payment of the tax assessments set forth above, Maclachlan Law Offices, LLC has failed or refused to fully pay those tax assessments, and as a result Maclachlan is indebted to the United States for the unpaid federal taxes, penalties, and interest described in paragraph 19 above, in the total amount of $355,825 as of November 6, 2017, plus statutory interest and additions to tax that have accrued or will continue to accrue after that date, according to law.

### COUNT IV– REDUCE TAX ASSESSMENTS TO JUDGMENT AGAINST MACLACHLAN LAW OFFICES, LLC

23. The allegations set forth in paragraphs 1 through 22 above are re-alleged and incorporated by reference as though fully set forth herein.

24. A delegate of the Secretary of the Treasury properly and timely assessed federal taxes against Maclachlan Law Offices, LLC on the following dates for the tax periods included below:

| Tax Type | Tax Period Ending | Assessment Date | Amount of Tax Assessment | Total Due as of November 6, 2017 |
|---|---|---|---|---|
| W/T-FICA (Form 941) | 03/31/2009 | 06/29/2009 | $2,980 | $462 |

6

| Tax Type | Tax Period Ending | Assessment Date | Amount of Tax Assessment | Total Due as of November 6, 2017 |
|---|---|---|---|---|
| W/T-FICA (Form 941) | 06/30/2009 | 09/14/2009 | $6,801 | $898 |
| W/T-FICA (Form 941) | 09/30/2009 | 01/04/2010 | $7,050 | $1,598 |
| W/T-FICA (Form 941) | 12/31/2009 | 04/05/2010 | $11,607 | $1,561 |
| W/T-FICA (Form 941) | 03/31/2010 | 06/14/2010 | $6,749 | $865 |
| W/T-FICA (Form 941) | 06/30/2010 | 11/07/2011 | $6,749 | $821 |
| W/T-FICA (Form 941) | 09/30/2010 | 11/07/2011 | $6,749 | $1,437 |
| W/T-FICA (Form 941) | 12/31/2011 | 04/09/2012 | $6,251 | $7,887 |
| W/T-FICA (Form 941) | 09/30/2012 | 02/25/2013 | $4,169 | $3,408 |
| FUTA (Form 940) | 12/31/2005 | 11/20/2006 | $280 | $2,015 |
| CIVIL PENALTY § 6721 | 12/31/2004 | 10/22/2007 | $20,052 | $29,446 |
| CIVIL PENALTY § 6721 | 12/31/2005 | 11/10/2008 | $23,293 | $32,059 |
| CIVIL PENALTY § 6721 | 12/31/2006 | 10/12/2009 | $8,078 | $10,637 |
| CIVIL PENALTY § 6721 | 12/31/2007 | 10/11/2010 | $2,860 | $3,619 |

| Tax Type | Tax Period Ending | Assessment Date | Amount of Tax Assessment | Total Due as of November 6, 2017 |
|---|---|---|---|---|
| CIVIL PENALTY § 6721 | 12/31/2008 | 11/07/2011 | $9,950 | $12,103 |
| CIVIL PENALTY § 6721 | 12/31/2009 | 09/10/2012 | $9,950 | $11,802 |
| CIVIL PENALTY § 6721 | 12/31/2010 | 09/09/2013 | $9,950 | $11,511 |

25.  Notice and demand for payment of the tax assessments described in paragraph 24 above was given to Maclachlan Law Offices, but it has failed to fully pay its assessed federal employment tax liabilities.

26. Statutory interest and additions to tax have accrued on the unpaid balance of the assessments set forth in paragraph 24 above, and will continue to accrue until fully paid.

27. Despite notice and demand for the payment of the tax assessments set forth above, Maclachlan Law Offices has failed or refused to fully pay those tax assessments, and as a result is indebted to the United States for the unpaid federal taxes, penalties, and interest described in paragraph 24 above, in the total amount of $132,129 as of November 6, 2017, plus statutory interest and additions to tax that have accrued or will continue to accrue after that date, according to law.

### COUNT IV – FORECLOSURE FEDERAL TAX LIENS AGAINST THE REAL PROPERTY

28. The United States incorporates by reference the allegations set forth in paragraphs 1 through 27 of the complaint.

29. By deed dated August 11, 1994, Defendants Maclachlan and Marie Napoliello Maclachlan, acquired the real property known as 72 Cedar Drive, Allendale, New Jersey ("the Real Property") and as more particularly described in the attached Exhibit A.

30. By reason of the assessments described in paragraphs 12 and 19, federal tax liens arose on the dates of the assessments, and attached to all property and rights to property owned or thereafter acquired by Maclachlan, including the Real Property.

31. Notices of federal tax liens against Maclachlan for the assessments described in paragraph 12 were filed with the Office of the County Clerk in Hackensack, NJ on December 11, 2001, September 10, 2007, January 24, 2008, May 2, 2008, April 6, 2009, August 31, 2010, December 10, 2010, July 28, 2014, and March 28, 2017.

32. The following entities have been named as parties to this suit as they may claim an interest in the Real Property:

    a.   Marie Napoliello Maclachlan because she is named in the deed as an owner of the Real Property;

b.  Ocwen Loan Servicing LLC based on a mortgage issued by Natwest
Home Mortgage and recorded on September 25, 1995 and later assigned to
Ocwen Loan Servicing LLC;

c.  New Jersey Division of Taxation based on a recorded judgment dated
November 21, 2013; and

d.  Riker Danzig Scherer Hyland & Peretti based on a recorded judgment
dated March 31, 2016.

33. The United States' tax liens should be foreclosed against the Real Property, and
the Court should determine the interests of the United States and each of the
Defendants, order a sale of the Real Property, and order that the proceeds be
distributed in accordance with the rights of the parties determined herein, with
the amounts attributable to the Maclachlan's interest to be paid to the United
States and applied against his federal tax liabilities.

WHEREFORE, the Plaintiff, the United States of America, respectfully prays for
judgment as follows:

A.  As to Count I, the Court enter judgment in favor of the United States and
against Maclachlan, for the income tax assessments set forth in paragraph
12, in the amount of $1,075,469, as of November 6, 2017, plus interest,
penalties, and costs accruing from that date until whatsoever date
Maclachlan satisfies such a judgment;

B.  As to Count II, the Court enter judgment in favor of the United States and against Maclachlan, for the employment tax assessments set forth in paragraph 19, in the amount of $355,825, as of November 6, 2017, plus interest, penalties, and costs accruing from that date until whatsoever date Maclachlan satisfies such a judgment;

C.  As to Count III, the Court enter judgment in favor of the United States and against Maclachlan Law Offices, LLC, for the assessments set forth in paragraph 24, in the amount of $132,129, as of November 6, 2017, plus interest, penalties, and costs accruing from that date until whatsoever date Maclachlan Law Offices, LLC satisfies such a judgment;

D.  As to Count IV, that the Court adjudge, declare, and decree that the United States of America has valid and subsisting tax liens, attached the Real Property;

E.  As to Count IV, that the Court adjudge, declare, and decree that the federal tax liens attached to the Real Property be foreclosed and that the Real Property be sold, according to law, free and clear of any right, title, lien, claim, or interest of any of the parties herein, and that the proceeds of the sale be distributed to those parties who appear in this case and assert an interest in the Real Property and prove their entitlement to the proceeds and any party who does not appear and assert an interest shall be adjudged and decreed not to have an interest in the Real Property, with

the amounts attributable to Maclachlan's interest be paid to the United

States to be applied against Maclachlan's federal tax liabilities;

F.  That the Court award any other and further relief, including the costs of

this action, as may be deemed just and proper under the circumstances.

Date: February 5, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:      */s/ Beatriz T. Saiz*
BEATRIZ.T.SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6585 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov

M 919—Bargain and sale deed, covenant as to grantor's acts.  
statutory deed language, ind. or corp.    II.

© 1941 by Arthur B. Horn, a New Jersey attorney  
Blumberg, Inc., Publisher, NYC 10013

Consult your Lawyer before signing this deed — it has important legal consequences.

# Deed

| | |
|---|---|
| **Date** | This Deed is made on    August 11,      19 94  between |
| **Parties** | |
| **Grantor** *Full name(s) and post office address* | GRACECHURCH REALTY CORP., a Delaware corporation having an address at 75 Wall Street, New York, New York 10265 |

Grantor, and

| | |
|---|---|
| **Grantee** *Full name(s) and post office address* | DONALD S. MACLACHLAN and MARIE NAPOLIELLO MACLACHLAN, his wife, both with an address at 696 Penn Avenue, Teaneck, New Jersey 07666 |

RECORDED-BERGEN COUNTY

132878          94 AUG 31  AM 11: 10

Grantee.

(The words "Grantor" and "Grantee" include all Grantors and all Grantees under this Deed.)

**Consideration**  In return for the payment to the Grantor by the Grantee of  FOUR HUNDRED THIRTY-FIVE THOUSAND AND NO/100-------------------------------- ---------------------------------Dollars ($ 435,000.00     ),

**Conveyance**  the Grantor grants and conveys to the Grantee all of the land located in the Borough    of   Allendale    County of     Bergen and State of New Jersey, specifically described as follows:

**Description of Land**  ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Allendale, County of Bergen and State of New Jersey.

BEING known and designated as Lot 9 in Block 2-D, as shown on a certain map entitled 'Final Subdivision Plat Lot 8 and Part of Lot 4, Block 2 in the Borough of Allendale, Bergen County, N.J. for Crestwood Acres Section No. 3A' filed in the Bergen County Clerk's Office on March 15, 1967 as map number 6549, and described as follows:

BEGINNING at a point on the southerly line of Cedar Drive, where the same is intersected by the division line between Lots 9 and 10 in Block 2-D, as shown on the aforementioned map number 6549, which point is distant 195.40 feet westerly from a point formed by the intersection of the southerly line of Cedar Drive with the southerly projection of the westerly line of Bonnie Way, and from thence running:

1. South 8 degrees 8' and 45" West, and along the aforementioned division line of Lots 9 and 10, 239.33 feet to a point, thence

2. North 81 degrees 51' 15" West, along the southerly line of Lot 9, 167.14 feet to a point, thence

3. North 8 degrees 8' 45" East, and along the division line of Lots 8 and 9, 239.33 feet to a point in the southerly line of Cedar Drive, thence

4. South 81 degrees 51' 15" East, and along the southerly line of Cedar Drive, 167.14 feet to the point or place of BEGINNING.

BEING the same premises conveyed to the Grantors herein by way of Deed from Edward T.B. Blight et ux dated April 8, 1994, recorded April 18, 1994 in the Bergen County Clerk's Office in Deed Book Volume 7689 at Page 647 et seq.

All in accordance with a Survey prepared by Frank W. Koestner Associates, Professional Engineers & Surveyors, Hackensack, New Jersey, dated August 9, 1994.

BEING also known as 72 Cedar Drive, Allendale, New Jersey.

Prepared by:    Howard M. Rubin, Esq.

(signature)


GOVERNMENT EXHIBIT A  PEN(4J) 800-631-6989

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

_____
*Plaintiff(s)*

v.                                    Civil Action No.

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                  _____
                                                          *Printed name and title*


                                                  _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

❏ 3   Federal Question
*(U.S. Government Not a Party)*

❏ 2   U.S. Government
Defendant

❏ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)                                    and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans | ❏ 345 Marine Product Liability | Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| (Excludes Veterans) | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 360 Other Personal | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | Injury | ❏ 380 Other Personal Property Damage | Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
Proceeding

❏ 2   Removed from
State Court

❏ 3   Remanded from
Appellate Court

❏ 4   Reinstated or
Reopened

❏ 5   Transferred from
Another District
*(specify)*

❏ 6   Multidistrict
Litigation -
Transfer

❏ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN
COMPLAINT:

❏  CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ❏ Yes    ❏No

## VIII. RELATED CASE(S)
IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.